65 A.3d 299

Nelson WRIGHT, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 6 EM 2013.

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April, 2013, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permissible). The Prothonotary is directed to forward the filings to counsel of record.